```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20115
   HAROLD DAVIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-1701


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 10/30/2007 and was not confirmed.

     The case was dismissed without confirmation 12/20/2007.
----------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
----------------------------------------------------------------------
COUNTRYWIDE              NOTICE ONLY   NOT FILED          .00           .00
KALLEN FINANCIAL CAPITAL NOTICE ONLY   NOT FILED          .00           .00
ONYX ACCEPTANCE CORP     SECURED NOT I  5996.47           .00           .00
DEUTSCHE BANK NATIONAL T CURRENT MORTG      .00           .00           .00
DEUTSCHE BANK NATIONAL T SECURED NOT I 44136.94           .00           .00
PRO SE DEBTOR            DEBTOR ATTY        .00                         .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        --------------     --------------
TOTALS                      .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                   /s/ Tom Vaughn
     Dated: 03/27/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```